OPINION — AG — IN 57 O.S. 332.7 [57-332.7], THE WORDS " TWO OR MORE INCARCERATIONS " INCLUDE A MINIMUM OF ONE PREVIOUS INCARCERATION PLUS A CURRENT INCARCERATION BEING SERVED AS A RESULT OF A SEPARATE AND DISTINCT FELONY CONVICTION. (AFTER FORMER CONVICTION, PRISON AND REFORMATORIES, PARDON AND PAROLE BOARD, FELONY, CONFINEMENT, SENTENCING, ELIGIBLE FOR PAROLE, PRISONER) CITE: ARTICLE VI, SECTION 10, 57 O.S. 332.7 [57-332.7](B) (MICHAEL AVANT-PYBAS)